TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00644-CV

Mark J. Seltzer and Mark J. Seltzer Living Trust, Relators

v.

Earl L. Pitkin, Dorene L. Pitkin and David W. Tomek, Respondents

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

PER CURIAM

 On November 26, 1996, this Court issued a writ of injunction to protect its jurisdiction. 
See Seltzer v. Pitkin, No. 03-96-644-CV (Tex. App.--Austin Nov. 26, 1996, orig. proceeding) (not
designated for publication). The parties have filed an agreed motion to dissolve the writ of injunction and
to dismiss the original proceeding. The motion is granted. Tex. R. App. P. 59(a)(1). We dissolve the writ
of injunction and dismiss the cause. All costs will be borne by the party incurring same.

Before Judges Powers, Aboussie and Kidd

Temporary Injunction Dissolved

Filed: January 9, 1997

Do Not Publish